IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEALER SERVICES FINANCIAL
CENTER, LLC AND DEALER SERVICES
FINANCIAL CENTER, INC.,

      Appellants/Cross-Appellees,

 v.

CAL-TENN GEORGIA, INC., STUART
ANDREW HUFFMAN, CAL-TENN
FINANCIAL, LLC, ORLANDO CAR D
EALS, LLC, AND GERALD MARSHALL,

      Appellees/Cross-Appellants.
_____/

Case No.  5D20-2670
LT Case No. 2016-CA-6823-O

Decision filed October 11, 2022

Appeal from the Circuit Court
for Orange County,
John E. Jordan, Judge.

Benjamin A. Webster, of Morgan &
Morgan, P.A., and Bennett R. Ford, III, of
The Ford Law Office, P.A., Orlando, for
Appellants/Cross-Appellees.

Jenna M. Winchester, of Dean, Ringers,
Morgan & Lawton, P.A., Orlando, for
Appellee/Cross-Appellant, Cal-Tenn
Financial, LLC.

Michelle P. Smith, of Law Office of Michelle P. Smith, P.A., Orlando, for Appellee/Cross-Appellant, Gerald Marshall.

No Appearance for Other Appellees/Cross-Appellants.

PER CURIAM.

AFFIRMED.

EVANDER, COHEN and NARDELLA, JJ., concur.